MARCH 22, 1998

No. 97–8377 (A–704). STANO *v.* FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to

JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.